# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0116

_____

STEVE T. ALLEN,

    Petitioner,

    v.

MARK S. INCH, Secretary Florida
Department of Corrections, and
MELINDA N. COONROD,
Commissioner, Florida
Commission on Offender Review,

    Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

January 22, 2019

PER CURIAM.

    The petition for writ of certiorari is denied on the merits.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Steve T. Allen, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Eric Salvatore Giunta, Assistant General Counsel, Florida Department of Corrections, Tallahassee; Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondents.